**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

J Victoria A, LLC, a New York company,

Plaintiff,

v.

RRPIX, INC., a California corporation; and
Richard Reinsdorf, an individual,

Defendants.

## MEMO ENDORSED

Case No.: 1:25-cv-06126

**DEFENDANTS' NOTICE OF**
**MOTION TO DISMISS**

The motion to dismiss is denied without prejudice to refiling upon compliance with the Individual Practices of Judge Edgardo Ramos § 2(A)(ii).

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 7, 2025
New York, New York

- 2 -

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Defendants, Richard Reinsdorf and RRPIX, Inx.,

through their undersigned counsel, upon the accompanying Memorandum of Law, respectfully

moves the court before the Honorable Edgardo Ramos., at 40 Foley Square, New York, New

York 10007, to dismiss Plaintiff's claims with prejudice pursuant to Fed. R. Civ. P. 12(b)(6),

12(b)(2), and 12(b)(3), with respect to each of Plaintiff's claims in this matter.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral

argument.


                                                    Respectfully submitted,


Dated: October 6, 2025                  By:    */s/ David Michael Stuart Jenkins*
New York, New York                             Scott Alan Burroughs, Esq.
                                               scott@donigerlawfirm.com
                                               David Michael Stuart Jenkins, Esq.
                                               djenkins@donigerlawfirm.com
                                               DONIGER / BURROUGHS
                                               247 Water Street, First Floor
                                               New York, New York 10038
                                               (310) 590-1820
                                               *Attorneys for Defendants*

NOTICE OF MOTION